breanet              CPCC.CV.3211182

# Citation

Effective 1-1-2022

33.³⁴

| | |
|---|---|
| APRIL LIVAS<br>VS<br>DIGCO UTILITY CONSTRUCTION LP, ETAL | NO. 635502– B<br>STATE OF LOUISIANA<br>PARISH OF CADDO<br>FIRST JUDICIAL DISTRICT COURT |

THE STATE OF LOUISIANA, TO:    DIGCO UTILITY CONSTRUCTION LP
                                         THRU CORPORATION SERVICE COMPANY, AGENT
                                         501 LOUISIANA AVE
                                         BATON ROUGE, LA 70802

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) days, a judgment may be entered against you. Please be aware of Louisiana House Bill 164 (Act 174) of the 2021 legislative session which changed prescription periods for answering. The full text of this bill can be found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date February 28, 2022.

*Also attached are the following:                MIKE SPENCE, CLERK OF COURT

                                                                                     By: _____
                                                                                               Deputy Clerk

                                                                                               JOSH POWELL
                                                                                                 Attorney

---

SERVICE INFORMATION:          Date _____

Personal _____ Domiciliary _____ to _____

Unserved _____ because _____

Remarks _____

                                                                             I made service on the named party through the
                                                                             CORPORATION SERVICE COMPANY
                                   Deputy Sheriff        **MAR 16 2022**
                                                                              by tendering a copy of this document to
                                                                                       MELISSA HARDIN

                                                                                    DY. M. LOCKWOOD #0803
                                                                          Deputy Sheriff, Parish of East Baton Rouge, Louisiana

FILED
SHERIFF RETURN

**EXHIBIT "A"**

| | | |
|---|---|---|
| APRIL LIVAS | : | SUIT NUMBER: 635,502-B |
| VERSUS | : | 1st JUDICIAL DISTRICT COURT |
| DIGCO UTILITY CONSTRUCTION, L.P., OLD REPUBLIC INSURANCE COMPANY, and JUNIOR THOMAS | : | CADDO PARISH, LOUISIANA |

## PETITION

APRIL LIVAS, of the full age of majority and domiciled in Caddo Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

a. DIGCO UTILITY CONSTRUCTION, L.P., a foreign corporation authorized to do and doing business in the state of Louisiana with its principal business establishment in Shreveport, Caddo Parish, Louisiana;

b. OLD REPUBLIC INSURANCE COMPANY, a foreign insurer who provided liability coverage to the vehicle operated by Junior Thomas and owned by Digco Utility Construction, L.P.; and

c. JUNIOR THOMAS, of the full age of majority and domiciled in Orange County, Texas;

2.

On August 9, 2021, a wreck occurred on St. Charles Street in Bossier Parish, Louisiana involving a Ram 1500 operated by Junior Thomas and a Toyota Camry operated by April Livas.

3.

Junior Thomas was driving in reverse on St. Charles Street and ran into the front of April Livas' car.

4.

Junior Thomas endangered the public and caused plaintiff harm by:

a. Improperly backing his truck on a public roadway;

b. Being inattentive; and

c. Operating his vehicle in a careless and reckless manner.

5.

It is alleged upon information and belief that Junior Thomas was in the course and scope of his employment with Digco Utility Construction, L.P. at the time of the wreck. Digco Utility Construction, L.P. is vicariously liable for the negligent acts of its employee.

6.

Junior Thomas' negligence caused harm to Plaintiff. Defendants are responsible for her past and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) loss of enjoyment of life; 5) functional impairment/disability; 6) lost wages and earning capacity; 7) scarring and disfigurement; and 8) property damage.

7.

Plaintiff's claims exceed the amount required for jury trial.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, costs, and interests should be borne by defendants.

Respectfully Submitted,

BY: _____
Josh Powell (#38378)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 – telephone
(318) 221-4560 – facsimile
jpowell@morrisdewett.com
ATTORNEYS FOR PLAINTIFFS

**PLEASE SERVE:**
DIGCO UTILITY CONSTRUCTION, L.P.
**Through its Agent for Service of Process**
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

OLD REPUBLIC INSURANCE COMPANY
**Through its Agent for Service of Process**
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**PLEASE SERVE
via Louisiana Long-Arm Statute:**
JUNIOR THOMAS
772 N. Denver Street
Vidor, TX 77662

ENDORSED FILED
SANDY ROTHELL, DEPUTY CLERK
FEB 25 2022
A TRUE COPY - ATTEST
CADDO PARISH DEPUTY CLERK